UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER WRIGHT, | No. C 13-0254 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

Plaintiff was ordered to, within 30 days, (1) file a complaint, and (2) submit payment for the $350.00 filing fee, or an application to proceed *in forma pauperis* ("IFP"). More than 30 days have passed and plaintiff has not complied with any of these instructions. Accordingly, the action is DISMISSED without prejudice for failure to comply with the Court's order and, under Federal Rule of Civil Procedure 41(b), for failure to prosecute. His motion for an extension of time (Docket No. 4) is DENIED. Any motion to reopen **must** contain (1) a complaint, **and** (2) either full payment of the filing fee of $350.00, **or** a complete IFP application. The Clerk shall terminate Docket No. 4, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: February 20, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-0254 RS (PR)
ORDER OF DISMISSAL